

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION AT JACKSON

| | | |
|---|---|---|
| THE PROCTER & GAMBLE PROFIT SHARING TRUST AND EMPLOYEE STOCK OWNERSHIP PLAN, by and through its Trustees, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 05-1365-T-An |
| BLANCHE M. SIMMONS, BRIAN C. SIMMONS, CARNEACE L. JONES, and JOHN DOE, | ) ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION TO LIFT AUTOMATIC STAY OF DISCOVERY; MOTION TO CONDUCT EXPEDITED LIMITED DISCOVERY IN ADVANCE OF HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, The Procter & Gamble Profit Sharing Trust and Employee Stock Ownership Plan, by and through its Trustees ("Plaintiff"), and through counsel, hereby submit its Motion to Lift Automatic Stay of Discovery and Motion to Conduct Expedited Limited Discovery in Advance of Hearing on Plaintiff's Motion for Preliminary Injunction. In support of said Motions, Plaintiff states as follows.

1. The Verified Complaint was filed on November 29, 2005, and a hearing on Plaintiff's application for a temporary restraining order took place on November 30, 2005. At the hearing, the Court granted the plaintiff's application and ordered Defendants to freeze all funds held in all accounts that were derived from proceeds paid by Plaintiff's Trust Plan to Blanche Simmons. The Court also ordered Defendants to prepare an accounting under oath regarding the status of the Trust Plan funds.

**MOTION GRANTED**
DATE: 5 December 2005

*James D. Todd*
James D. Todd
U.S. District Judge

N CKG 545108 v1
2826363-000003  12/02/05

(13)

2. The Court also scheduled a hearing on Plaintiff's Motion for Preliminary Injunction on December 13, 2005, at 9:00 a.m.

3. Plaintiff needs to conduct limited discovery in this case to aid in preparation for the December 13, 2005 hearing. Specifically, Plaintiff needs to depose Defendants for the limited purpose of ascertaining the whereabouts of the accounts in which the Trust Plan funds are being held or are on deposit.

4. Rule 26(d), Federal Rules of Civil Procedure, prohibits all discovery absent a Court order before an initial case management conference has been held. Plaintiff needs relief from the stay on discovery imposed by this rule. Plaintiff also requires expedited discovery on a limited basis in advance of the December 13, 2005 hearing. Specifically, Plaintiff seeks to depose Defendants on Tuesday, December 6, 2005, at 1:00 p.m. in Jackson, Tennessee.

WHEREFORE, Plaintiff request that the foregoing motions be granted without delay.

Respectfully submitted,

*[signature]*

Charles K. Grant, No. 17081
Helen F. Bean, No. 22673
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 1000
Nashville, Tennessee 37201
(615) 726-5600 (telephone)
(615) 726-0464 (facsimile)

***Attorneys for P&G Trust***

## CERTIFICATE OF SERVICE

A copy of the foregoing was served by U.S. Mail, postage prepaid, upon the following this 2nd day of December, 2005. A copy also is expected to be served by hand delivery/process server on the 3rd day of December, 2005.

Blanche M. Simmons
1014 Osborne Street
Humboldt, TN 38343

Brian C. Simmons
1620 Maple Street
Humboldt, TN 38343

Carneace L. Jones
920 Etheridge Street
Humboldt, TN 38343

_____
Charles K. Grant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CV-01365 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Charles K. Grant
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 1000
Nashville, TN 37201

Helen F. Bean
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable James Todd
US DISTRICT COURT