IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

THE PROCTOR & GAMBLE PROFIT
SHARING TRUST AND EMPLOYEE STOCK
OWNERSHIP PLAN, by and through it Trustees,
          Plaintiff,

vs.                                   Case No. 1-05-1365-T/AN

BLANCHE M. SIMMONS, BRIAN C. SIMMONS,
CARNEACE L. JONES, AND JOHN DOE,
          Defendants.

ORDER

    Defendants Blanche M. Simmons, Brian C. Simmons, and Carneace L. Jones, by and through their attorney, Sam Watridge, have filed a motion for enlargement of time to file an answer to complaint. Defendants request that the deadline for filing an answer be extended to December 29, 2005. Defendants' attorney has filed a Certificate of Consultation stating that the Plaintiff's attorney has agreed with the request.

    It is therefore so Ordered that the Defendants have through December 29, 2005 to file an answer to the complaint.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_15 December 2005_
DATE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:05-CV-01365 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Charles K. Grant
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Helen F. Bean
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Sam J. Watridge
LAW OFFICE OF SAM J. WATRIDGE
1215 Main Street
Humboldt, TN 38343

Honorable James Todd
US DISTRICT COURT